## VOLUNTEER STATE LIFE INSURANCE CO. *v.* CALHOUN.

GILBERT, J. Under the pleadings and the evidence the court did not err in granting the interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 9505. APRIL 14, 1933.

*R. D. Smith,* for plaintiff in error.   *P. B. Ford,* contra.